IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **William R.,** | ) |
| | ) CIVIL ACTION NO. 2:24-CV-03921 |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) **Judge Graham** |
| **Frank Bisignano,** | ) |
| **Commissioner of Social Security,** | ) **Magistrate Judge Deavers** |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

This cause coming before the Court on the joint motion of the parties, due notice having been given, and the Court being fully advised,

IT IS THEREFORE ORDERED THAT:

1. The Parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act is accepted and Plaintiff is awarded attorney fees in the amount of $4,700.00 and costs in the amount of $00.00, for a total award of $4,700.00. The fee of $4,700.00 shall be paid from the appropriate SSA fund for this purpose.

2. Counsel for the parties shall verify whether or not Plaintiff owes any preexisting debt subject to offset, consistent with *Astrue v. Ratliff,* 130 S.Ct. 2521, 560 U.S. 586 (2010) and 31 U.S.C. §§ 3701(b), 3711, 3716. If no such pre-existing debt exists, Defendant shall pay the EAJA fees award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff; and

3. The case remains terminated on the docket of this Court.

IT IS SO ORDERED.

Date: May 19, 2025    Entered: /s/ Elizabeth A. Preston Deavers
ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE